# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153367(86)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ANTON T. BLEVINS,
          Defendant-Appellant.
_____/

SC: 153367
COA: 315774
Wayne CC: 2012-001086-FC

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 67-page application submitted on March 17, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016

